**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-2096**

---

PATINA VARNEY, for Tonya M. Varney,

            Plaintiff - Appellant,

  versus

SHIRLEY S. CHATER, COMMISSIONER OF SOCIAL
SECURITY,

            Defendant - Appellee.

---

Appeal from the United States District Court for the Southern District of West Virginia, at Bluefield. Mary S. Feinberg, Magistrate Judge. (CA-95-477)

---

Submitted: May 15, 1997       Decided: May 28, 1997

---

Before RUSSELL, HALL, and HAMILTON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Patina Varney, Appellant Pro Se. Charlotte Jefferson Hardnett, Margaret J. Krecke, SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania; Stephen Michael Horn, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Patina Varney appeals the district court's order affirming the Commissioner's denial of children's Supplemental Security Income benefits. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Varney v. Chater</u>, No. CA-95-477 (S.D.W. Va. July 24, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2